```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                     CASE NO. 07 B 16724
    VERONICA R JACKSON
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-4485


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

      1.  The case was filed on 09/13/07 and confirmed on 12/14/07.

      2.  The case was dismissed after confirmation, 11/14/2008.

      3.  The Debtor paid a total of $   6534.00 .

      4.  The Trustee made disbursements to creditors as follows:


 --------------------------------------------------------------------------
 CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
 --------------------------------------------------------------------------
 COUNTRYWIDE FINANCIAL     CURRENT MORTG         .00            .00            .00
 COUNTRYWIDE FINANCIAL     MORTGAGE ARRE     1226.03            .00        1226.03
 HFC/BENEFICIAL            SECURED               .00            .00            .00
 HFC/BENEFICIAL            MORTGAGE ARRE     6944.09            .00         882.01
 DIAMOND BAY HOMEOWNERS A  SECURED           2900.53            .00         430.80
 DUPAGE COUNTY COLLECTOR   SECURED           4350.00            .00        1229.50
 BALLYS TOTAL FITNESS      UNSECURED        NOT FILED           .00            .00
 CAVALRY SPV II LLC        UNSECURED          558.85            .00            .00
 GREAT AMERICAN FINANCE    UNSECURED        NOT FILED           .00            .00
 LVNV FUNDING              UNSECURED        NOT FILED           .00            .00
 MIDLAND CREDIT MGMT       UNSECURED         1514.26            .00            .00
 NICOR GAS                 UNSECURED        NOT FILED           .00            .00
 PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED           .00            .00
 RMI/MCSI                  UNSECURED         1850.00            .00            .00
 SEVENTH AVENUE            UNSECURED        NOT FILED           .00            .00
 SHERMAN ACQUISITION       UNSECURED        NOT FILED           .00            .00
 DIAMOND BAY HOMEOWNERS A  SECURED               .00            .00            .00
 GREAT AMERICAN FINANCE    SECURED            612.80            .00         136.16
            Summary of disbursements:

                         SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
 --------------------------------------------------------------------------
 TOTAL CLMS ALLOWED      16033.45        .00      3923.11        .00      19956.56
 PRINCIPAL PAID           3904.50        .00          .00        .00       3904.50
 INTEREST PAID                .00        .00          .00        .00           .00
 TOTAL PAID               3904.50        .00          .00        .00       3904.50
 The Debtor's attorney, BURNS & WINCEK LTD               , was allowed $   3500.00
 and was paid $   1226.00  direct and $   2274.00  through the plan.

 The Trustee received $     355.50 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE